SWENSON v. THIBAUT

No. 38.

Case below: 39 N.C. App. 77.

Petitions by defendants Thibaut, Clark, Thompson, Taylor, Nichols, Leleux, Hawkins, Duhe, Comeaux, Bagnaud, Bares, Backus and Walton for discretionary review under G.S. 7A-31 denied 6 March 1979. Motion of plaintiff to dismiss appeal for lack of substantial constitutional question allowed 6 March 1979.